FILED BY ___ D.C.

05 OCT 11  PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | ) ) ) ) |  |
| VS. | ) ) | CR. NO. 05-20260-Ml |
| CHAD JOHNSON<br>    Defendant. | ) ) ) ) |  |

### ORDER ON CHANGE OF PLEA

   This cause came on to be heard on October 11, 2005, the United States Attorney for this district, Stephanie Johnson for Stephen Hall, appearing for the Government and the defendant, Chad Johnson, appearing in person and with counsel, Juni Ganiguli, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 13, 2005,** at **9:00 a.m., before Judge Jon Phipps McCalla.**

   Defendant is remanded to the custody of the U. S. Marshal.

   **ENTERED** this the _11_ day of October, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-12-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CR-20260 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT