# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

VS.

CHAD JOHNSON,
Defendant.

NO. 05-20260-MI

*MOTION GRANTED*
Reset to 12/22/2005
Thursday at 9:30 A.M.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Dec 12, 2005
DATE

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Defendant Chad Johnson, by and through his attorney of record Juni S. Ganguli, and respectfully moves this Honorable Court to continue the sentencing hearing in this case. In support thereof, counsel would show the following:

1. Mr. Johnson is set for sentencing on December 13, 2005. He is incarcerated.

2. Counsel has filed a position paper with the Court approximately ten days ago. Objections to the pre-sentence report are included in it.

3. Counsel has discussed this matter with Assistant United States Attorney Stephen Hall. Counsel recently has learned as to what the position of the United States will be if Defendant persists in his objections. Counsel has also learned what the government's position will be if the objections are withdrawn.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-13-05

4. Prior to possibly withdrawing his objections, Counsel wishes to research applicable caselaw in order to properly advise Mr. Johnson as to his options.

5. Assistant United States Attorney Stephen Hall has no opposition to this request.

Respectfully submitted,

*JSG*

Juni S. Ganguli (TN  018659)
Attorney for Defendant
40 South Main Street, Suite 1540
Memphis, TN 38103
(901) 544-9339

## CERTIFICATE OF SERVICE

I, Juni S. Ganguli, attorney for Defendant, do hereby certify that a copy of the foregoing document has been forwarded to Assistant United States Attorney Stephen Hall, Office of the United States Attorney, 167 North Main Street, Suite 800, Memphis, Tennessee, on the 12th day of December, 2005.

*JSG*

Juni S. Ganguli

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20260 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT